Jesus M Gonzalez Jr
#95920
333 S. Franklin St.
Decatur, IL 62523

Micheal Mirean Mihm
Courthouse 100 N.E
Monroe St Peoria, IL 61602
8/23/2021

RE: UNITED STATES vs. Jesus M Gonzalez Jr
    Case No: 20Cr20042

Dear Judge Mihm

I am writing you to request a new lawyer. I do not feel my current one has my best interest of heart. I've requested a few things from him and he hasn't fulfilled any of my request.

In light of the foregoing, I respectfully request that you, make this letter of part of record.

Your time, and any assistance you render will be greatly appreciated. I will look forward to hearing from you in the near future concerning this matter

Thanking you in advance, Jesus M Gonzalez Jr



Jesus M Gonzalez Jr
#95920
Macon County Jail
333 S Franklin St.
Decatur, IL 62523

legal

SPRINGFIELD IL 627

Micheal Mercein Mihm
Courthouse
100 W.E Monroe St
Peoria, IL 61602